People v Scarbrough (2026 NY Slip Op 01715)

People v Scarbrough

2026 NY Slip Op 01715

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, OGDEN, AND GREENWOOD, JJ. (Filed Mar. 20, 2026.) 

MOTION NO. (711/18) KA 16-02262 AND KA 16-02264.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
vLESTER SCARBROUGH, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for reconsideration denied and other relief dismissed.